## Penn Delco Education Association, Appellant *v.* Penn Delco School District, Appellee.

Argued November 18, 1981, before President Judge CRUMLISH, JR. and Judges MACPHAIL and PALLADINO, sitting as a panel of three.

*Alexander A. DiSanti, Richard, Brian, DiSanti & Hamilton,* for appellant.

*Edward J. Carney, Jr., Petrikin, Wellman, Damico & Carney,* for appellee.

OPINION BY JUDGE PALLADINO, December 31, 1981:

This is an appeal by the Penn Delco Education Association from an Opinion and Order of the Court of Common Pleas of Delaware County which sustained an appeal by the Penn Delco School District from an arbitrator's award. We affirm.

Before this Court, the appellant raises the same issue which the court of common pleas addressed and resolved below. We have reviewed the record in this

case, the relevant statutory provisions, and the case law, and we affirm on the basis of the comprehensive and able opinion of Judge JOSEPH T. LABRUM, JR.

ORDER

AND Now, December 31, 1981, the Opinion and Order of the Court of Common Pleas of Delaware County, docketed at 79-17238, filed October 23, 1980, is affirmed.